| | |
|---|---|
| 1 | Colleen T. Davies (SBN 111371) |
| | Email: cdavies@reedsmith.com |
| 2 | Steven J. Boranian (SBN 174183) |
| | Email: sboranian@reedsmith.com |
| 3 | Karen A. Braje (SBN 193900) |
| | Email: kbraje@reedsmith.com |
| 4 | Alison B. Riddell (SBN 246120) |
| | Email: ariddell@reedsmith.com |
| 5 | REED SMITH LLP |
| | Two Embarcadero Center, Suite 2000 |
| 6 | San Francisco, CA 94111-3922 |

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Defendant
MERCK & CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HASKIN, individually and on behalf of all others similarly situated, | No.: C 08-0376 SI |
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR DEFENDANT MERCK AND CO., INC. TO RESPOND TO COMPLAINT** |
| vs. | Compl. Filed:  January 22, 2008 |
| MERCK & CO., INC. and SCHERING-PLOUGH CORP., | Trial Date:  None set |
| | Disc. Cut-Off:  None set |
| Defendants. | Honorable Susan Illston |

No.: C 08-0376 SI

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

The Plaintiff Richard Haskins ("Plaintiff") and Defendant Merck & Co., Inc. ("Merck"), by and through their counsel, hereby stipulate as follows:

1. That Plaintiff filed the Complaint in this action on January 22, 2008;

2. That the last day for Merck to file a responsive pleading is March 13, 2008;

3. That a hearing is scheduled before the Judicial Panel on Multidistrict Litigation ("JPML") in Austin, Texas for March 27, 2008. At that hearing, the JPML shall consider the centralization of this, and other, pending actions involving the pharmaceuticals Vytorin and Zetia;

4. That Merck wishes to defer its response to Plaintiff's Complaint until the conclusion of the JPML hearing; and

5. That Plaintiffs agree to an extension of time as set forth in the proposed Order below.

DATED: March ___, 2008.

        REED SMITH LLP

        By____/s/ Steven J. Boranian_____
           Steven J. Boranian
           Attorneys for Defendant
           Merck & Co., Inc.

DATED: March ___ 2008.

        LEVIN SIMES KAISER & GORNICK LLP

        By____/s/ Lawrence J. Gornick_____
           Lawrence J. Gornick
           Attorneys for Plaintiff

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that (1) Merck shall notify the Court of the decision of the JPML within three business days after the JPML issues its decision; (2) that the time within which Merck may answer, move or otherwise respond to the Complaint in this action is hereby extended to a date

to be set at the first scheduling conference after the JPML issues its decision; and (3) that if Merck files a responsive pleading in any other similar action pending in another federal district court, it shall notify the Plaintiff's counsel before filing such a pleading, and the Plaintiff may then file a motion to amend this Order. Merck reserves the right to oppose such a motion.

IT IS SO ORDERED.

_____
HON. SUSAN ILLSTON, U.S.D.J.

DOCSSFO-12508389.1

No.: C 08-0376 SI — 2 —
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT